## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**JAMES T. REED, #08798**                                                                                    **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 3:06cv296HTW-LRA**

**CAROL SWILLEY, KAREN ROWZEE,**
**and SARAH RATCLIFF**                                                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed for this Court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of January, 2007.

                                                  s/ HENRY T. WINGATE
                                               CHIEF UNITED STATES DISTRICT JUDGE